# EXHIBIT A



Page **9** of **10**