**EXHIBIT B**

2019 04/10 12:34 FAX 3525975556  CLEMENTE P NUNAG MD PA  ☑0006/0011

**PREFERRED COLLECTION AND MANAGEMENT SERVICES, INC.**

To contact an Account Specialist, please call
(813) 251-0802 or (800) 741-0802
Monday -Thursday 8am - 5pm (EST)
Friday 8:00am - 4:00pm (EST)

| Patient | Total Amount Due |
|---|---|
| REDACTED | $2,449.23 |
| Reference Number | Client Account Number |
| REDACTED | 63122378 |

Please read both sides of all pages

January 29, 2019

**COLLECTION NOTICE**

Preferred Collection and Management Services, Inc. (hereafter "Preferred CMS") has been asked to contact you regarding the newly placed account(s) listed within this notice. The healthcare provider(s) listed was unable to resolve the past due balance(s) before placing in collections. While this may have been an oversight, please give this matter your attention so that we can work to resolve this delinquency. Contact our office if any of the information we have received and listed appears to be incorrect. Please review all pages (if more than one) and both sides of each page as we may have more than one account for you.

If paid in full to this office, all collection activity will be stopped. Please note that we may have other accounts for you previously placed with our agency if the new placement amount due in the detail block of account(s) listed below is less than the Total Amount Due.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

FINANCIAL ASSISTANCE: If you are unable to pay for necessary medical care, you may qualify for financial assistance. Please visit their website at www.allkids.org or contact our office at (813) 251-0802 for more information regarding their financial assistance policies.

Sincerely,
Preferred CMS, Inc.
(813) 251-0802

This is an attempt to collect a debt; any information obtained will be used for that purpose.
This communication is from a debt collector.

| Client Account Number | Client Name | Date of Service | Amount Due |
|---|---|---|---|
|  | REDACTED | 07-06-2018 | 2449.23 |
|  |  | Total New Placement(s) | $2,449.23 |

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Detach along perforation and return bottom portion along with payment. For proper credit, please indicate your Reference # listed below on your check.

DEPT 929   2875609519010
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

RICHARD HUNSTEIN


If you would like to pay your bill online with a credit card, please visit www.preferredcms.com and enter your Reference Number and Zip Code or scan the QR code below. If you require a receipt, please send your request in writing and one with be mailed to you.



Preferred CMS, Inc.
PO Box 2964
Tampa FL 33601-2964

PGT1ACHB-0129-1142285513-00245-245

S135929031